**Order entered February 7, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01289-CR

### VINCENT ODELL MCKENZIE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-58247-M

### ORDER

Before the Court is the February 3, 2023 request of Court Reporter Belinda G. Baraka for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due **MARCH 6, 2023**.

We **DIRECT** the Clerk to send copies of this order to Belinda G. Baraka, Court Reporter, and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE